# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**CARL LEE**                                                              **PLAINTIFF**

v.                                                       **CAUSE NO. 1:17CV272-LG-RHW**

**BROCK SERVICES and**
**BROCK SERVICES, LLC**                                                  **DEFENDANTS**

## JUDGMENT

In accordance with the Court's Order of Dismissal entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the defendants. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 9th day of April, 2018.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE